IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00710-MOC-DSC

| | |
|---|---|
| THE CATO CORPORATION AND BELK, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MERIDIAN TEXTILES, INC., | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Stephen M. Doniger]" (document # 6) filed March 5, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: March 5, 2013

David S. Cayer
United States Magistrate Judge