IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00710-MOC-DSC

| | |
|---|---|
| THE CATO CORPORATION AND BELK, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| MERIDIAN TEXTILES, INC., | ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiffs' Motion for Leave to Take Early Discovery and for an Extension of Time to Respond to Defendant's Motion to Dismiss" (document # 13) filed March 21, 2013.

With regard to Plaintiffs' Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss (document #13), and for the reasons stated therein, the Court will **grant** the Motion. Plaintiffs' Response to Defendant's Motion to Dismiss will be due fourteen days after an order is entered on Plaintiffs' Motion for Leave to Take Early Discovery or as otherwise ordered by the Court.

With regard to Plaintiff's Motion for Leave to Take Early Discovery (document #13), the Court will rule on this Motion when it becomes ripe. Defendant's response to this Motion is due by April 8, 2013.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: March 28, 2013

David S. Cayer
United States Magistrate Judge