# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| THE CATO CORPORATION, and BELK, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:12-cv-00710<br>)<br>) |
| MERIDIAN TEXTILES, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Cato Corporation and Belk, Inc. dismiss their Complaint against Defendant Meridian Textiles, Inc., with prejudice.

This 17th day of May, 2013.

Respectfully submitted,

s/ Kathryn G. Cole
J. Mark Wilson
N.C. State Bar No. 25763
Kathryn G. Cole
N.C. State Bar No. 39106
Moore & Van Allen PLLC
Suite 4700
100 North Tryon Street
Charlotte, NC 28202-4003
Telephone (704) 331-1000
Facsimile (704) 339-5981
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for The Cato Corp. and Belk, Inc.*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on May 17, 2013, I electronically filed the foregoing NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE with the Clerk of Court for the United States District Court, Western District of North Carolina, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept service by electronic means.

Dated: May 17, 2013                                                            s/ Kathryn G. Cole